**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RODNEY WILSON MCCLANTON,                                                              PLAINTIFF
ADC #108785

v.                                         5:14CV00084-BSM-JTK

ESTELLA BLAND, et al.                                                                        DEFENDANTS

## ORDER

Defendants shall respond to Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. No. 8) within fifteen days of the date of this Order.

Dated this 7th day of May, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE