IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY WILSON MCCLANTON,
ADC #108785                                                                                          PLAINTIFF

5:14CV00084-JTK

ESTELLA BLAND, et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 19th day of June, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE